UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEREMI ATANDA,

                Plaintiff,

    v.

NORGREN (IMI ,

              Defendant.

CASE NO. 2:21-cv-00976-JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and to the Honorable John C. Coughenour.

DATED this 22nd day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1